UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20836-Civ-COOKE/TURNOFF

ISAIAH BROCK, JR.

    Plaintiff,

vs.

STATE OF FLORIDA,
MIAMI-DADE COUNTY,
and KARINA FIETTA

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION
## TO DISMISS CASE AS FRIVOLOUS COMPLAINT

THIS MATTER is before me on Defendant Miami-Dade County's Motion to Dismiss Case as Frivolous, ECF No. 6. For the reasons explained below, Defendant Miami-Dade County's Motion to Dismiss Case as Frivolous is **GRANTED,** and Plaintiff's Complaint, ECF No. 1, is **DISMISSED** *with prejudice*.

### I. LEGAL STANDARDS

A pleading that states a claim for relief must contain "a short and plain statement of the grounds for the court's jurisdiction," as well as "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(1)-(2). The facts pleaded in a complaint must state a claim for relief that is plausible on its face. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Further, the "short and plain statement of the claim" in the complaint must be sufficient to "give the defendant fair notice of what the ... claim is and the grounds upon which it rests." *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (quoting *Conley v. Gibson,* 355 U.S. 41, 47 (1957)).

Even though *"pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed," *Tannenbaum v. United States,*

148 F.3d 1262, 1263 (11th Cir.1998), "district courts have the inherent power to *sua sponte* dismiss frivolous suits without giving notice to the parties." *Davis v. Kvalheim*, 261 F. App'x 231, 234 (11th Cir. 2008). Accordingly, the Eleventh Circuit has "held that '[a] district court may conclude a case has little or no chance of success and dismiss the complaint before service of process when it determines from the face of the complaint that the factual allegations are 'clearly baseless' or that the legal theories are 'indisputably meritless.'" *Davis v. Kvalheim*, 261 F. App'x 231, 234-35 (11th Cir. 2008) (quoting *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir.1993)). Examples of factually baseless or legally frivolous claims include claims where the defendant is clearly immune from suit, where the plaintiff alleges infringement of a legal interest which obviously does not exist, and where the plaintiff describes fantastic or delusional scenarios. *Id.* at 327-28.

## II. BACKGROUND AND ANALYSIS

On March 5, 2014, Plaintiff filed a Complaint against the State of Florida, Miami-Dade County, and Karina Fiettta for constructive fraud, equal protection violations, violations of rights provided in the Florida constitution, intentional infliction of emotional distress, and defamation – just to name a few. Rather than "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a)(1)-(2), Plaintiff's Complaint is an incoherent rambling of legal conclusions and allegations, in the loosest sense of the word, that fail to evince any claims for relief that are plausible on their face. *See Iqbal,* 556 U.S. at 678. For instance, the Complaint states, "the Corporations have ignored the little known Moroccan Treaty of Peace and Friendship of 1787," and "have ignored the concept of sovereignty which stands on its own as a respected and valid concept pursuant to the Treaty of 1884." Pl.'s Compl. ¶ 61. When considered with Plaintiff's assertion that "Defendants are unaware that they are engaging in a MIXED WAR," Pl.'s Compl. ¶ 75, it is evident that Plaintiff's Complaint serves to confound and confuse the Defendants. The Complaint simply does not provide a short and plain statement of Plaintiff's claim that gives the Defendants fair notice of Plaintiff's claims, nor the grounds upon which they rest. It is apparent that Plaintiff's Complaint does not, and cannot, show any claim for relief. This Complaint epitomizes fantastic and delusional scenarios, and must be **DISMISSED** *with prejudice*.

## IV. CONCLUSION

Accordingly, Defendant Miami-Dade County's Motion to Dismiss Case as Frivolous, ECF No. 6, is **GRANTED**. Plaintiff's Complaint, ECF No. 1, is **DISMISSED** *with prejudice*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 31st day of March 2014.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
Isaiah Brock, Jr., *pro se*
12821 S.W. 147th Terrace Road
Miami, FL 33186